CM/ECF hrg8
(Rev. 07/22/16)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In Re:  Karena Williams | ) | Case No.: 19–12909–JDW |
| Debtor(s) | ) | Chapter: 13 |
| | ) | Judge: Jason D. Woodard |
| | ) | |
| | ) | |

PLEASE TAKE NOTICE that a hearing will be held at:

Oxford Federal Building, 911 Jackson Avenue, Oxford, MS 38655

on 8/13/19 at 01:30 PM

Responses Due: 8/9/19

to consider and act upon the following:

*4* – Motion to Extend Automatic Stay under 362(c)(3)(B) Filed by A. E. Rusty Harlow Jr. on behalf of Karena Williams. (Attachments: # 1 Affidavit # 2 Proposed Order) (Harlow, A.)

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date. If a copy of this motion is desired, it may be requested from the attorney for movant. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

Dated: 7/24/19

                                              Shallanda J. Clay
                                              Clerk, U.S. Bankruptcy Court
                                        BY: AOH
                                                  Deputy Clerk